# EXHIBIT E

# Fox Rothschild LLP
### ATTORNEYS AT LAW

100 Park Avenue, Suite 1500   New York, NY 10017
Tel 212.878.7900   Fax 212.692.0940   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | |
|---|---|
| PALI HOLDINGS, INC. | Invoice Number ****** |
| C/O YANN GERON, CHAPTER 7 TRUSTEE | Invoice Date 09/17/13 |
| FOX ROTHSCHILD LLP | Client Number 089221 |
| 100 PARK AVENUE, 15TH FLOOR | Matter Number 00003 |
| NEW YORK, NY 10017 | |

Re: LITIGATION SUPPORT SERVICES RENDERED TO SPECIAL COUNSEL

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/13:**

| Date | Attorney | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/06/13 | BERNS | 0001 | T/C FELDMAN RE SETTLEMENT OFFER FROM B BERK; EMAILS TEAM RE OFFER AND MB VIEW; REVIEW AND RESPOND TO TEAM RE SMITH LETTER RE PARROTT AND SANCTIONS | 0.5 | $290.00 |
| 03/11/13 | BERNS | 0001 | REVIEW EMAILS RE REIFLER SUMMONS WITH NOTICE AGAINST JENNER & BLOCK; EMAIL RCT RE IMPLICATIONS AND KRAMER LEVIN DOCUMENTS; T/C G SMITH RE T PARROTT INVOLVEMENT AS DEFENDANT AND POSSIBLE RIEFLER/JENNER & BLOCK SETTLEMENT INVOLVING PALI; EMAIL RCT RE GS T/C; T/C SOMERS RE JENNER & BLOCK AND RIEFLER CLAIM; CONF Y GERON RE ASKING RCT TO REVIEW KRAMER LEVIN PRODUCTION RE BERT COHEN AND JENNER & BLOCK; T/C A SOMERS RE CHECKING KRAMER & LEVIN DOCUMENTS AND REIFLER CLAIM V J&B; REVIEW RCT DRAFT LETTER TO PARROTT COUNSEL, T/C OW RE LETTER | 0.9 | $522.00 |
| 03/12/13 | BERNS | 0001 | COMMS OW RE JENNER & BLOCK CONFLICT WAIVER | 0.1 | $58.00 |

| Date | Attorney | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | COMMUNICATIONS | | |
| 03/21/13 | BERNS | 0001 | T/CS A SOMERS RE GOOD FAITH DEMAND AGAINST LLOYDS, CONSULTANT, STRATEGY, SETTLEMENT; CONF EZ RE DEFENSE COSTS AND COVERAGE; CONF YG RE RCT STRATEGY | 0.3 | $174.00 |
| 04/05/13 | BERNS | 0001 | REVIEW AND RESPOND TO AS NOTE RE SETTLEMENT TALKS WITH LLOYDS | 0.1 | $58.00 |
| 05/02/13 | BERNS | 0001 | REVIEW OW REPORT ON SETTLEMENT MEETING; EMAIL RCT RE SETTLEMENT | 0.2 | $116.00 |
| 06/27/13 | BERNS | 0001 | COMMS RE REIFLER SUIT V COHEN ET AL TO RECOVER JPM DEBT | 0.1 | $62.50 |
| 07/01/13 | BERNS | 0001 | REVIEW RCT EMAIL AND ATTACHMENTS RE SETTLEMENT, EMAILS YG RE ALTERNATIVES; T/C RCT RE GREG SMITH FEES AND TOLLING; CONF CALL RCT, FR TEAM RE SETTLEMENT PROPOSAL AND RESPONSE | 0.7 | $437.50 |
| 07/02/13 | BERNS | 0001 | CONF CALL RCT RE SETTLEMENT, REVIEW AND COMMENT ON REIFLER FINANCIAL STATEMENT | 0.3 | $187.50 |
| 07/03/13 | BERNS | 0001 | ANALYZE SETTLEMENT STRATEGY, EMAIL TO RCT, FR TEAM RE SETTLEMENT; COMMS AS, YG RE SETTLEMENT STRATEGY; REVIEW RCT DRAFT COUNTEROFFER, EMAIL YG RE COUNTER | 0.7 | $437.50 |
| 07/08/13 | BERNS | 0001 | EMAILS RCT AND YG RE SETTLEMENT | 0.2 | $125.00 |
| 07/12/13 | BERNS | 0001 | EMAILS RCT, TEAM RE LLOYDS SETTLEMENT RESPONSE | 0.1 | $62.50 |
| 07/23/13 | BERNS | 0001 | MEETING YG, RCT, NS RE SETTLEMENT STRATEGY | 0.7 | $437.50 |
| 07/31/13 | BERNS | 0001 | REVIEW AND RESPOND TO EMAILS RE SETTLEMENT | 0.1 | $62.50 |
| 08/01/13 | BERNS | 0001 | EMAILS RCT; YG RE SETTLEMENT; CONF YG RE SETTLEMENT | 0.2 | $125.00 |
| 08/09/13 | BERNS | 0001 | REVIEW AND COMMENT ON DRAFT SETTLEMENT AGREEMENT | 0.4 | $250.00 |

| Date | Attorney | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/08/13 | WRIGHT | 0004 | EDIT AND REVISE LTR. TO THE CLERK OF COURT RE ISSUANCE OF THIRD SUMMONS; | 0.1 | $27.00 |
| 02/05/13 | WRIGHT | 0010 | EDIT AND REVISE AND FINALIZE COMPLAINT RE OFFICERS AND DIRECTORS OF PALI; CONF. W. A.SOMMERS AND M.BERNS RE SAME; ATTEND. TO MATTERS RE FILING; | 1.3 | $351.00 |
| 02/06/13 | WRIGHT | 0010 | REVIEW EMAIL FROM J.GROSS RE SERVICE OF COMPLAINT; RESPOND RE SAME; | 0.2 | $54.00 |
| 02/06/13 | WRIGHT | 0010 | CONF. W. A.LUCISANO SERVICE OF SUMMONS AND COMPLAINT; REVIEW RULES RE SAME; | 0.3 | $81.00 |
| 02/12/13 | WRIGHT | 0010 | RESPOND TO J.GROSS EMAILS RE REVIEW OF COHEN'S EMAILS; | 0.1 | $27.00 |
| 02/14/13 | WRIGHT | 0010 | ATTEND. TO MATTERS RE SERVICE OF COMPLAINT ON DEFENDANTS; | 0.3 | $81.00 |
| 02/15/13 | WRIGHT | 0010 | EMAIL J.GROSS RE SERVICE OF COMPLAINT AND REIFLER CAPITAL ADVISORS; | 0.1 | $27.00 |
| 02/18/13 | WRIGHT | 0010 | ATTEND. TO MATTERS RE SERVICE OF COMPLAINT AND AFFIDAVIT OF SERVICE; | 0.2 | $54.00 |
| 02/27/13 | WRIGHT | 0010 | RESPOND TO EMAIL FROM A.SOMMERS RE LLOYDS; EMAIL J.GROSS RE ANTHONY SERVICE; | 0.1 | $27.00 |
| 03/01/13 | WRIGHT | 0010 | REVIEW AND RESPOND TO EMAIL FROM J.GROSS RE COMPENSATION OF BOARD MEMBERS; | 0.1 | $27.00 |
| 03/08/13 | WRIGHT | 0010 | MEETING WITH RTC RE OUTSTANDING ISSUES AND STRATEGY AND POTENTIAL SETTLEMENTS AND PREPARE RE SAME; | 1.0 | $270.00 |
| 03/11/13 | WRIGHT | 0010 | REVIEW, ANALYZE, AND EDIT AND REVISE RTC'S LIST OF KEY WITNESSES/PLAYERS RE WITNESSES; | 0.4 | $108.00 |
| 03/11/13 | WRIGHT | 0010 | RESPOND TO EMAIL FROM J.GROSS RE EURAM V. ECJ LAWSUIT; | 0.2 | $54.00 |
| 03/12/13 | WRIGHT | 0010 | ATTEND. TO MATTERS RE DOCUMENTS AND INFORMATIONS REQUESTED FROM RTC: DEPOSITIONS OF | 0.2 | $54.00 |

| Date | Attorney | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | DEFENDANTS AND WITNESSES; | | |
| 03/12/13 | WRIGHT | 0010 | ATTEND. TO MATTERS RE DOCUMENTS AND INFORMATIONS REQUESTED FROM RTC: DEPOSITIONS OF DEFENDANTS AND WITNESSES; | 0.5 | $135.00 |
| 03/13/13 | WRIGHT | 0010 | REVIEW BORISH'S ATTORNEY LETTERS AND RTC'S RESPONSE; CONF. W. RTC RE STRATEGY; | 0.3 | $81.00 |
| 03/13/13 | WRIGHT | 0010 | ATTEND. TO MATTERS RE SERVICE OF COMPLAINT; | 0.1 | $27.00 |
| 04/24/13 | WRIGHT | 0010 | ATTEND. TO MATTERS RE SERVICE OF THIRD SUMMONS AND ADJOURNMENT OF COURT CONFERENCE; | 0.2 | $54.00 |
| 07/01/13 | SANTUCCI | 0010 | REVIEW ISSUES IN PREPARATION FOR T W/ RCT RE SETTLEMENT OFFER (.7); T Y. GERON, M. BERNS, O. WRIGHT & RCT RE SAME (.8). | 0.8 | $308.00 |
| 07/02/13 | SANTUCCI | 0010 | REVIEW OPEN ISSUES RE SETTLEMENT OFFER FROM INSURANCE COMPANY (1.2); TS Y. GERON, M. BERNS, O. WRIGHT & RCT RE SAME (.9); EMAILS RE SAME (.2). | 1.1 | $423.50 |
| 07/05/13 | SANTUCCI | 0010 | REVIEW TERMS OF PROPOSED COUNTER-OFFER & EMAILS RE SAME (.5). | 0.3 | $115.50 |
| 07/12/13 | SANTUCCI | 0010 | EMAILS RE SETTLEMENT OFFER (.2). | 0.1 | $38.50 |
| 07/23/13 | SANTUCCI | 0010 | MTG W/ Y. GERON, M. BERNS & RCT RE CLAIMS & SETTLEMENT STRATEGY (1.2). | 0.6 | $231.00 |
| 08/01/13 | SANTUCCI | 0010 | EMAILS & T RE STATUS OF CURRENT SETTLEMENT NEGOTIATIONS (.2). | 0.1 | $38.50 |
| 08/07/13 | SANTUCCI | 0010 | EMAILS RE STATUS OF GLOBAL SETTLEMENT NEGOTIATIONS (.2). | 0.1 | $38.50 |
| 08/14/13 | SANTUCCI | 0010 | EMAILS RE SETTLEMENT AGREEMENT (.2). | 0.1 | $38.50 |
| 08/23/13 | SANTUCCI | 0010 | REVIEW CURRENT DRAFT OF GLOBAL SETTLEMENT AGREEMENT (.3); EMAILS RE SAME (.1). | 0.2 | $77.00 |
| 02/07/13 | WRIGHT | 0018 | CALL FROM A.SOMMERS RE LLOYDS STRATEGY AND SUMMONS SERVICE; | 0.1 | $27.00 |
| 02/18/13 | WRIGHT | 0018 | REVIEW PALI RECORDS RE | 0.3 | $81.00 |

| Date | Attorney | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | REQUESTED DOCUMENTS AND INFORMATION; EMAIL J.GROSS RE SAME; | | |
| 03/04/13 | WRIGHT | 0018 | INVESTIGATE RE COMPENSATION PAID TO DIRECTORS DEFENDANTS; CONF. W. THE ACCOUNTANTS RE SAME; | 0.8 | $216.00 |
| 03/04/13 | WRIGHT | 0018 | REVIEW AND ANALYZE LETTER AND EXHIBITS FROM BORISH'S ATTORNEY RE WITHDRAWL OF CLAIM AGAINST HIS CLIENT; | 0.3 | $81.00 |
| 03/04/13 | WRIGHT | 0018 | CONF. CALL W. J.GROSS RE BORISH'S CLAIMS; | 0.1 | $27.00 |
| 03/06/13 | WRIGHT | 0018 | RESEARCH AND REVIEW PALI DOCUMENTS RE T.PARROTT; | 0.5 | $135.00 |
| 03/06/13 | WRIGHT | 0018 | REVIEW AND RESPOND TO EMAILS FROM M.BERNS AND J.GROSS RE BERK'S PROPOSED SETTLEMENT AND CLAIMS AGAINST BERK; | 0.2 | $54.00 |
| 03/06/13 | WRIGHT | 0018 | REVIEW AND ANALYZE S.GREATHEAD'S LETTER RE T.PARROTT; EMAIL J.GROSS RE SAME AND DOCUMENTS RE PARROTT'S REGISTRATION WITH PALI; | 0.3 | $81.00 |
| 03/07/13 | WRIGHT | 0018 | RESEARCH PALI DATABASE RE PARROT'S EMPLOYMENT WITH PALI; EMAIL TEAM RE SAME; | 0.5 | $135.00 |
| 03/07/13 | WRIGHT | 0018 | REVIEW LETTER RESPONSE TO BORISH'S ATTORNEY RE MOTION TO DISMISS; EMAIL THE TRUSTEE RE SAME; | 0.2 | $54.00 |
| 03/07/13 | WRIGHT | 0018 | REVIEW AND ANALYZE RECORDS OF PAYMENTS FROM PALI TO DEFENDANTS; EMAIL J.GROSS RE SAME; | 0.4 | $108.00 |
| 03/07/13 | WRIGHT | 0018 | ATTEND. TO MATTERS RE SERVICE OF COMPLAINT RE FISHER AND WEINSTEIN; | 0.3 | $81.00 |
| 03/11/13 | WRIGHT | 0018 | REVIEW EMAILS AND DOCUMENTS RE REIFLER'S LAWSUIT AGAINST JENNER & BLOCK; CONF. W. M.BERNS RE SAME; | 0.4 | $108.00 |
| 03/12/13 | WRIGHT | 0018 | ATTEND. TO MATTERS RE DOCUMENTS AND INFORMATIONS REQUESTED FROM RTC: DEPOSITIONS OF DEFENDANTS AND WITNESSES; | 0.6 | $162.00 |
| 03/19/13 | WRIGHT | 0018 | REVIEW EMAIL AND | 0.1 | $27.00 |

| Date | Attorney | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | INFORMATION FROM ACCOUNTANTS RE PAYMENTS FROM PALI TO PARROTT; | | |
| 03/19/13 | WRIGHT | 0018 | CALL FROM A.SOMERS RE PALI'S VALUATION; INVESTIGATE AND RESEARCH RE SAME; EMAIL ACCOUNTANTS RE SAME; | 0.4 | $108.00 |
| 03/20/13 | WRIGHT | 0018 | RESPOND TO VARIOUS REQUESTS FOR INFORMATION FROM RTC; EMAIL ACCOUNTANTS RE SAME; ATTEND. TO MATTERS RE SAME; | 0.8 | $216.00 |
| 03/20/13 | WRIGHT | 0018 | EMAILS TO AND FROM J.GROSS RE VARIOUS DOCUMENTS AND INFORMATION REQUESTS FOR PALI COMPLAINT TIMELINE OF CLAIMS; | 0.4 | $108.00 |
| 03/21/13 | WRIGHT | 0018 | RESEARCH RE FACTUAL INFORMATION AND DOCUMENTS REQUESTED BY RTC; EMAILS RE SAME; | 1.0 | $270.00 |
| 03/21/13 | WRIGHT | 0018 | REVIEW AND EDIT SETTLEMENT LTR. TO LLOYDS; | 0.2 | $54.00 |
| 03/22/13 | WRIGHT | 0018 | EMAIL RTC RE REQUESTED DOCUMENTS; | 0.3 | $81.00 |
| 03/22/13 | WRIGHT | 0018 | REVIEW EMAILS RE SETTLEMENT OFFER TO LLOYDS; | 0.1 | $27.00 |
| 03/25/13 | WRIGHT | 0018 | EMAIL RTC RE PALI LEGAL FEES IN 2008; | 0.1 | $27.00 |
| 03/26/13 | WRIGHT | 0018 | CALL FROM A.SOMERS RE ADDITIONAL INSURANCE POLICIES (.4); RESEARCH FOR PALI DOCUMENTS AND INFORMATION RE SAME (1.1); CONF. W. ACCOUNTANTS RE SAME (.3); | 0.9 | $243.00 |
| 03/27/13 | WRIGHT | 0018 | EMAIL RTC RE RESEARCH RE PALI PAYMENTS FOR D&O INSURANCE; | 0.1 | $27.00 |
| 03/28/13 | WRIGHT | 0018 | MEETING WITH THE TRUSTEE, A.SOMERS AND POTENTIAL CONSULTANTS AND PREPARE RE SAME RE STRATEGY; SETTLEMENT AND OUTSTANDING ISSUES; | 1.0 | $270.00 |
| 03/28/13 | WRIGHT | 0018 | CONF. W. ACCOUNTANTS RE PALI PAYMENTS FOR D&O INSURANCE POLICIES AND RESEARCH AND REVIEW DOCUMENTS RE SAME; | 0.4 | $108.00 |

| Date | Attorney | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/28/13 | WRIGHT | 0018 | CALL FROM A.SOMERS RE INSURANCE ISSUES; SETTLEMENT AND DEFENDANTS; RESEARCH RE PALI DIRECTORS PER REQUEST FROM RTC; | 0.6 | $162.00 |
| 03/29/13 | WRIGHT | 0018 | REVIEW AND RESPOND TO A.SOMERS EMAILS RE PALI INSURANCE BROKER; | 0.2 | $54.00 |
| 04/01/13 | WRIGHT | 0018 | CALL FROM RTC RE MTG. W. LLOYDS; | 0.1 | $27.00 |
| 04/02/13 | WRIGHT | 0018 | REVIEW EMAILS FROM RTC AND TRUSTEE RE SETTLEMENT STRATEGY; | 0.1 | $27.00 |
| 04/04/13 | WRIGHT | 0018 | RESEARCH AND REVIEW PALI RECORDS RE DEFENDANTS FEDDERS; ABRAHAMS; AND WEINSTEIN; | 0.4 | $108.00 |
| 04/04/13 | WRIGHT | 0018 | RESPOND TO VARIOUS REQUESTS FROM RTC RE COHEN'S COMPENSATION AND OTHER PAYMENTS FROM PALI; FTI ANALYSIS; KEVIN FISHER'S EMPLOYMENT AT PALI AND OTHER ISSUES; | 0.4 | $108.00 |
| 04/04/13 | WRIGHT | 0018 | REVIEW WEINSTEIN AND FEDDERS DEPOSITIONS IN IN RE BERK; | 0.4 | $108.00 |
| 04/04/13 | WRIGHT | 0018 | PER A.SOMERS' EMAILS ATTEND. TO MATTERS RE SERVICE OF COMPLAINT ON WEINSTEIN, ABRAHAMS, AND FEDDERS; | 0.2 | $54.00 |
| 04/08/13 | WRIGHT | 0018 | PER REQUEST FROM RTC RESEARCH PALI RECORDS RE PALI SUPERVISORY PROCEDURES AND CHIEF COMPLIANCE OFFICER; EMAIL J.GROSS RE SAME; | 0.5 | $135.00 |
| 04/18/13 | WRIGHT | 0018 | CALL W. RTC RE GERON V. ABRAHAMS STRATEGY; | 0.2 | $54.00 |
| 04/18/13 | WRIGHT | 0018 | REVIEW AND ANALYZE RTC PRESENTATION RE SETTLEMENT; EDIT RE SAME; | 0.6 | $162.00 |
| 04/18/13 | WRIGHT | 0018 | RESEARCH, REVIEW AND ANALYZE PALI RECORDS RE DAMAGES; CONF. W. THE ACCOUNTANTS RE SAME; | 0.6 | $162.00 |
| 04/19/13 | WRIGHT | 0018 | EMAIL ACCOUNTANTS RE PALI DAMAGES IN 2009; | 0.1 | $27.00 |
| 04/19/13 | WRIGHT | 0018 | REVIEW, EDIT AND REVISE SETTLEMENT PRESENTATION; | 0.8 | $216.00 |

| Date | Attorney | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/19/13 | WRIGHT | 0018 | CONFIRM FACTS CITED IN THE SETTLEMENT PRESENTATION WITH PALI RECORDS AND DOCUMENTS; | 0.9 | $243.00 |
| 04/20/13 | WRIGHT | 0018 | EMAIL J.GROSS RE COMMENTS TO THE SETTLEMENT PRESENTATION OUTLINE; | 0.1 | $27.00 |
| 04/22/13 | WRIGHT | 0018 | REVIEW EMAIL FROM RTC RE ANTHONY; REVIEW DOCUMENTS RE SAME; | 0.1 | $27.00 |
| 04/22/13 | WRIGHT | 0018 | RESEARCH VARIOUS INFORMATION AND DOCUMENTS PER REQUESTS FROM RTC; | 1.7 | $459.00 |
| 04/23/13 | WRIGHT | 0018 | CONF. W. J.GROSS RE PALI DAMAGES FOR 2009; FINRA AUDIT AND OTHER ISSUES; | 0.3 | $81.00 |
| 04/23/13 | WRIGHT | 0018 | REVIEW EMAIL AND DOCUMENTS FROM ACCOUNTANTS RE PALI DAMAGES; | 0.2 | $54.00 |
| 04/23/13 | WRIGHT | 0018 | CALL FROM BANKRUPTCY COURT RE THIRD SUMMONS; ATTEND. TO MATTERS RE SAME; | 0.2 | $54.00 |
| 04/23/13 | WRIGHT | 0018 | RESEARCH RE ANTHONY'S ROLE AT PALI; | 0.4 | $108.00 |
| 04/25/13 | WRIGHT | 0018 | PER J.GROSS REQUEST RESEARCH PALI DOCUMENTS AND EMAILS RE AUDITS; REVIEW AND ANALYZE AUDIT REPORTS OF KPMG AND JH COHN; FINRA FINDINGS AGAINST PALI; CONF. W. J.GROSS RE SAME; | 1.2 | $324.00 |
| 04/30/13 | WRIGHT | 0018 | CONF. W. J.GROSS RE MTG. WITH OTHER DIRECTORS; | 0.1 | $27.00 |
| 05/01/13 | WRIGHT | 0018 | ATTEND. SETTLEMENT MTG W. OTHER DEFENDANTS (PALI DIRECTORS AND OFFICERS) (2.5); PREPARE RE SAME (0.6); CONF. W. J.WAIT RE MTG. (.5); | 1.8 | $486.00 |
| 05/02/13 | WRIGHT | 0018 | DRAFT SUMMARY RE SETTLEMENT MEETING; CONF. W. THE TRUSTEE AND M.BERNS RE SAME; | 0.6 | $162.00 |
| 05/02/13 | WRIGHT | 0018 | ATTEND. TO MATTERS RE DOCUMENTS AND INFORMATION REQUESTED BY RTC; | 0.7 | $189.00 |
| 05/03/13 | WRIGHT | 0018 | ATTEND. TO MATTERS RE DOCUMENTS AND | 0.6 | $162.00 |

| Date | Attorney | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | INFORMATION REQUESTED BY RTC; | | |
| 05/09/13 | WRIGHT | 0018 | REVIEW EMAIL FROM J.GROSS RE PALI DATABASE AND J&B DOCUMENTS; ATTEND. TO MATTERS RE SAME; | 0.3 | $81.00 |
| 05/10/13 | WRIGHT | 0018 | CONF. W. J.GROSS RE OUTSTANDING ISSUES; | 0.2 | $54.00 |
| 06/04/13 | WRIGHT | 0018 | CALL FROM A. SOMERS RE STATUS OF THE ADVERSARY PROCEEDING AGAINST THE DIRECTORS AND SETTLEMENT NEGOTIATIONS; | 0.1 | $30.00 |
| 06/05/13 | WRIGHT | 0018 | REVIEW EMAIL FROM A.SOMERS RE STATUS CONFERENCE; | 0.1 | $30.00 |
| 06/06/13 | WRIGHT | 0018 | EMAILS TO AND FROM J.GROSS RE SCHENK; EMAIL ACCOUNTANTS RE ADDITIONAL INFORMATION/DOCUMENTS NEEDED; | 0.2 | $60.00 |
| 06/07/13 | WRIGHT | 0018 | CONF. W. J.GROSS VIA EMAIL AND PHONE RE CASE STRATEGY (.6); RESEARCH, REVIEW AND ANALYZE PALI DOCUMENTS AND INFORMATION REQUESTED BY J.GROSS RE A&P; SCHENK (.6); | 0.6 | $180.00 |
| 06/10/13 | WRIGHT | 0018 | REVIEW INFORMATION AND DOCUMENTS FROM ACCOUNTANTS RE SCHENK; A&P INVOICES; EMAIL J.GROSS RE SAME; | 0.3 | $90.00 |
| 06/10/13 | WRIGHT | 0018 | MEETING W. J.GROSS RE PALI RECORDS REVIEW; | 0.6 | $180.00 |
| 06/13/13 | WRIGHT | 0018 | MEETING W. J.GROSS RE REVIEW OF PALI RECORDS AND DOCUMENTS; | 0.4 | $120.00 |
| 06/17/13 | WRIGHT | 0018 | REVIEW EMAIL FROM J.GROSS RE ARNOLD & PORTER BILLS; REVIEW AND ANALYZE PALI RECORDS RE SAME AND EMAIL B.KOHEN; | 0.6 | $180.00 |
| 06/17/13 | WRIGHT | 0018 | REVIEW EMAIL FROM A.SOMERS RE STATUS OF SETTLEMENT NEGOTIATIONS; | 0.1 | $30.00 |
| 06/18/13 | WRIGHT | 0018 | REVIEW INFORMATION RECEIVED FROM THE ACCOUNTANTS RE ARNOLD & PORTER INVOICES; EMAIL J.GROSS RE SAME; | 0.2 | $60.00 |
| 06/20/13 | WRIGHT | 0018 | ATTEND. TO MATTERS RE PALI | 0.2 | $60.00 |

| Date | Attorney | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | DOCUMENT REQUESTS FROM J.GROSS; | | |
| 06/26/13 | WRIGHT | 0018 | CALL AND EMAILS FROM A.SOMERS RE CURRENT STATUS OF LITIGATION AGAINST PALI DIRECTORS AND SETTLEMENT NEGOTIATIONS; | 0.2 | $60.00 |
| 07/03/13 | WRIGHT | 0018 | REVIEW TEAM EMAILS RE SETTLEMENT COUNTER-OFFER TO LLOYDS; | 0.2 | $60.00 |
| 07/17/13 | WRIGHT | 0018 | REVIEW EMAILS RE CASE AND SETTLEMENT STRATEGY; | 0.2 | $60.00 |
| 07/30/13 | WRIGHT | 0018 | CONF. W. RTC RE SETTLEMENT OFFER; REVIEW ANALYSIS; REVIEW DOCUMENTS RE AMOUNTS OWED BY BERK; ADVISE RE POTENTIAL RECOVERY ON THE BERK'S NOTE; | 0.5 | $150.00 |
| 07/31/13 | WRIGHT | 0018 | REVIEW EMAILS RE SETTLEMENT NEGOTIATIONS; | 0.2 | $60.00 |
| 08/06/13 | WRIGHT | 0018 | RESPOND TO E-MAILS FROM A.SOMERS RE SETTLEMENT DRAFT ISSUES; REVIEW AND ANALYZE DOCUMENTS RE SAME; | 0.6 | $180.00 |
| 08/08/13 | WRIGHT | 0018 | REVIEW EMAIL FROM J.GROSS RE SETTLEMENT STATUS; | 0.1 | $30.00 |
| 08/09/13 | WRIGHT | 0018 | EDIT AND REVISE SETTLEMENT DRAFT; CONF. W. J.GROSS RE SAME; | 0.8 | $240.00 |
| 08/23/13 | WRIGHT | 0018 | RECEIPT, REVIEW EMAILS FROM RTC RE SETTLEMENT UPDATE; REVIEW PROPOSED DRAFT OF SETTLEMENT AGREEMENT; | 0.4 | $120.00 |
| | | | TOTAL: | 46.7 | $15,091.50 |

| Task | Description | Hours | Total |
|---|---|---|---|
| 0001 | ASSET ANALYSIS | 5.6 | $3,405.50 |
| 0004 | CASE ADMINISTRATION | 0.1 | $27.00 |
| 0010 | LITIGATION | 9.0 | $2,821.00 |
| 0018 | LITIGATION CONSULTING | 32.0 | $8,838.00 |

**ATTORNEY TIME SUMMARY:**

| Attorney | Title | Hours | Rate | Total |
|---|---|---|---|---|
| M. BERNS | PARTNER | 3.5 | $625.00 | $2,187.50 |
| M. BERNS | PARTNER | 2.1 | $580.00 | $1,218.00 |
| N. N. SANTUCCI | COUNSEL | 3.4 | $385.00 | $1,309.00 |
| O. G. WRIGHT | ASSOCIATE | 6.6 | $300.00 | $1,980.00 |
| O. G. WRIGHT | ASSOCIATE | <u>31.1</u> | $270.00 | <u>$8,397.00</u> |
| | | 46.7 | | $15,091.50 |

TOTAL PROFESSIONAL SERVICES    $15,091.50

**COSTS ADVANCED AND EXPENSES INCURRED:**

| | | |
|---|---|---|
| 03/25/13 | POSTAGE CHARGES 87 Time: 10:18 Duration: 0.000 | $15.14 |
| 07/23/13 | PHOTOCOPYING Time: 11:45 Duration: 0.500 (39 COPIES @ $0.10/PAGE) | $3.90 |

**COSTS SUMMARY:**

| | |
|---|---|
| PHOTOCOPYING | 3.90 |
| POSTAGE CHARGES | 15.14 |

CURRENT EXPENSES    <u>$19.04</u>

TOTAL AMOUNT OF THIS INVOICE    $15,110.54

**TOTAL BALANCE DUE UPON RECEIPT**    <u>**$15,110.54**</u>

# Fox Rothschild LLP
### ATTORNEYS AT LAW

100 Park Avenue, Suite 1500   New York, NY 10017
Tel 212.878.7900   Fax 212.692.0940   www.foxrothschild.com

TAX I.D. NO. 23-1404723

| | | |
|---|---|---|
| PALI HOLDINGS, INC. | Invoice Number | ****** |
| C/O YANN GERON, CHAPTER 7 TRUSTEE | Invoice Date | 09/17/13 |
| FOX ROTHSCHILD LLP | Client Number | 089221 |
| 100 PARK AVENUE, 15TH FLOOR | Matter Number | 00003 |
| NEW YORK, NY 10017 | | |

Re: LITIGATION SUPPORT SERVICES RENDERED TO SPECIAL COUNSEL

**TOTAL BALANCE DUE UPON RECEIPT**      **$15,110.54**

# REMITTANCE PAGE
PAYMENT INSTRUCTIONS

| CHECK PAYMENT | ACH PAYMENT | WIRE INSTRUCTIONS |
|---|---|---|
| Fox Rothschild LLP | Wells Fargo Bank | Wells Fargo Bank |
| Attn: Accounts Receivable - 60 | 123 S. Broad Street | 123 S. Broad Street |
| 2000 Market Street, 20th Floor | Philadelphia, PA 19109 | Philadelphia, PA 19109 |
| Philadelphia, Pa 19103-3222 | ACH #031000503 | ABA #121000248 |
| | Account: Fox Rothschild LLP | Account: Fox Rothschild LLP |
| | Account #2100019564260 | Account #2100019564260 |
| | Swift Code: PNB PUS 33 (international wires only) | Swift Code: PNB PUS 33 (international wires only) |

Please include the Client, Matter, or Invoice Number with all payments.